IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

KITTY HEMPHILL, SHIRLEY McGHEE,
DEBORAH SHAW, RICKEY McCALL and
SANDRA RUSSELL, MINNIE and MARVIN
MILLER, and ALFRED SMITH and
DESIREE WOODS                                                              PLAINTIFFS

VERSUS                                          CIVIL ACTION NO. 4:05CV169-P-A

COLDWELL BANKER REAL
ESTATE CORPORATION, et al                                                  DEFENDANTS

**ORDER**

This cause is before the Court on the plaintiffs' Motion to Stay [54-1]. The Court, having reviewed the motion, the response, the authorities cited and being otherwise fully advised in the premises, finds as follows, to-wit:

That the motion is not well-taken and should be denied for the reasons articulated in the defendant's opposition to the instant motion.

IT IS, THEREFORE, ORDERED AND ADJUDGED that the plaintiffs' Motion to Stay [54-1] is not well-taken and should be, and hereby is, DENIED.

SO ORDERED, this the 13th day of July, 2006.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE