**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF MISSISSIPPI**
**GREENVILLE DIVISION**

KITTY HEMPHILL, SHIRLEY McGHEE,
DEBORAH SHAW, RICKEY McCALL and
SANDRA RUSSELL, MINNIE and MARVIN
MILLER, and ALFREDA SMITH and
DESIREE WOODS                                                        PLAINTIFFS

VERSUS                                        CIVIL ACTION NO. 4:05CV169PA

COLDWELL BANKER REAL
ESTATE CORPORATION, ET AL                                        DEFENDANTS

**ORDER**

This cause is before the Court on the defendant State Bank's Motion to Quash and for Protective Order [60]. The Court, having reviewed the motion, the response, the authorities cited and being otherwise fully advised in the premises, finds as follows, to-wit:

That the motion is well-taken and should be granted for the reasons articulated in the defendant's motion.

IT IS, THEREFORE, ORDERED AND ADJUDGED that the defendant State Bank's Motion to Quash and for Protective Order [60] is well-taken and should be, and hereby is, GRANTED.

SO ORDERED, this the 13th day of July, 2006.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE